ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| MILDRED DÍAZ CRUZ  Recurrida  v.  CASA DE BENDICIÓN Y RESTAURACIÓN JUNCOS INC., JERRY L. CASTRO LOZADA, MARÍA M. BORÍA DELGADO Y OTROS  Peticionarios | KLCE202400763 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Juncos  Caso Núm.: CG2024CV00697  Salón: 703  Sobre:  Incumplimiento de Contrato, Cobro de Dinero-Ordinario, Daños |
|---|---|---|

Panel integrado por su presidente, el Juez Rodríguez Casillas, el Juez Salgado Schwarz y el Juez Ronda Del Toro.

Salgado Schwarz, Carlos G., Juez Ponente

# **RESOLUCIÓN**

En San Juan, Puerto Rico, a 27 de agosto de 2024.

Comparecen los peticionarios de epígrafe, mediante este recurso discrecional de *Certiorari*, y solicita nuestra intervención a los fines de revocar una Resolución emitida por el Tribunal de Primera Instancia dictada el 14 de mayo de 2024 y notificada al día siguiente, mediante la cual se declaró No Ha Lugar una *Moción de Desestimación* presentada por éstos alegando que el TPI erró al sostener la validez de los emplazamientos diligenciados por estos ser insuficientes en derecho, y por concluir que el TPI adquirió jurisdicción sobre los Peticionarios.

Hemos deliberado los méritos del recurso y concluimos no expedir el auto solicitado. A pesar de que este Tribunal de Apelaciones no tiene que fundamentar su

Número Identificador

RES2024_____

determinación al denegar un recurso de *Certiorari*,[1] en ánimo de que no quede duda en la mente de las partes sobre los fundamentos al denegar ejercer nuestra facultad revisora, abundamos.

El TPI atendió el petitorio presentado por la parte, y luego de examinado el expediente y las argumentaciones vertidas, resolvió la misma correctamente.

En consideración a lo anterior, y luego de evaluar detenidamente el expediente ante nuestra consideración, no encontramos indicio de que el foro recurrido haya actuado de forma arbitraria, caprichosa, haya abusado al ejercer su discreción, o cometido algún error de derecho. *Trans-Oceanic Life Ins. v. Oracle Corp.*, 184 DPR 689, 709 (2012).

Además, no identificamos fundamentos jurídicos que nos muevan a expedir el auto de *Certiorari* solicitado, conforme a los criterios que guían nuestra discreción para ejercer nuestra facultad revisora en este tipo de recurso. Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40.

Por los fundamentos antes expresados, *denegamos* la expedición del auto de *Certiorari* solicitado.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

*Lcda. Lilia M. Oquendo Solís*
*Secretaria del Tribunal de Apelaciones*

---

[1] Véase: *Pueblo v. Cardona López*, 196 DPR 513 (2016)